JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACEDA-SOSA, | NO. CV 08-7711 JFW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 26, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE